In the Matter of the Application of EDWARD T. WALTER, Petitioner, Appellant, against ALFRED RHEINSTEIN, as Commissioner of the Department of Housing and Buildings of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, Plaintiff, Respondent, v. MORRIS ROSENTOVER, Defendant, Appellant, UNITED STATES TRUST COMPANY OF NEW YORK and LEWIS M. WHITE, as Executors, etc., of MORRIS MARKOWITZ, Deceased, Defendants, Respondents.— Judgment and order, so far as appealed from, unanimously affirmed, with costs to the plaintiff-respondent against the appellant. No opinion. Present — Martin, P. J., O'Malley, Glennon and Dore, JJ.

MORRIS L. COHEN, Plaintiff, Respondent, v. RESERVOIR APARTMENTS, INC., Defendant, Respondent, THE PEOPLE OF THE STATE OF NEW YORK, Defendant, and 296 REALTY CORPORATION, Defendant, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

AMERICAN NATIONAL BANK OF NASHVILLE, Respondent, v. JOHN J. VERTREES, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. MILTON M. GETTINGER, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

OTTO ROLAND, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HANS MARKUS KUNSTADT, Respondent, Appellant, v. ASSICURAZIONI GENERALI, Appellant, Respondent.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Petition for the Revocation of the Ancillary Letters Testamentary Heretofore Issued to and the Removal of JOHANNA S. SCHIMMEL, as Ancillary Coexecutor of the Last Will and Testament of ROSE M. ROEBEN, Deceased. JOHANNA S. SCHIMMEL, Appellant; S. WILLIAM FREEDMAN, Petitioner, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [171 Misc. 548.]